Rosenbaum, Appellant, *v.* Robert G. Hoffer
Company.

Argued September 12, 1966. *Benjamin Pomerantz,* for appellant; *David F. Kaliner,* for appellee.
Order affirmed.